

| | | | | | |
|---|---|---|---|---|---|
| FLORIDA BLOOD SERVICES, INC. | | | CHECK NO: | A003037 | |
| 10100 DR. MLK JR STREET NORTH | | | CHECK DATE: | 06/12/09 | |
| ST. PETERSBURG, FL 33716 | | | PERIOD ENDING: | 06/06/09 | |
| | | | PAY FREQUENCY: | BIWEEKLY | |

TARA RENEE SKIVER
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

ID NUMBER: 1606800312    STATUS: SINGLE    EXEMPT FED: 01    TAX ADJUSTMENTS FED: $ 10.00    ST:
BASE RATE: 14.0000    ST1:                 ST: 01    DI/UC:
SSN:XXX-XX-0692    ST2:                           LOCAL:

STATE AND LOCAL CODES
PRI: FL    LOC1:    LOC3:
SEC:       LOC2:    LOC4:
                            LOC5:

### IMPORTANT MESSAGE
"A FATHER CARRIES PICTURES WHERE HIS MONEY USED TO BE." ------ AUTHOR UNKNOWN

PP # 12 - 2009

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| BASE RATE REG | 66.08 | 925.12 | 322.88 | 4520.32 |
| SHIFT 2 | .03 | .49 | 16.08 | 261.15 |
| PTO | 13.89 | 194.46 | 51.44 | 720.16 |
| WEEKEND | 17.45 | 48.86 | 85.13 | 238.36 |
| DRIVER | 4.97 | 9.94 | 160.35 | 320.70 |
| MOBILE | 58.67 | 58.67 | 290.48 | 290.48 |
| OVERTIME | | | 5.87 | 48.17 |
| **TOTAL H/E** | **161.09** | **1237.54** | **932.23** | **6399.34** |

PRE-TAX ITEMS
| | | | | |
|---|---|---|---|---|
| AMER-DENTAL | | 2.00- | | 10.00- |
| AMER-VISION | | 4.14- | | 20.70- |
| CAPHEALTH-HMO | | 25.00- | | 125.00- |
| **TOTAL PRE-TAX** | | **31.14-** | | **155.70-** |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 74.80 | 387.11 |
| MEDICARE TAX | 17.49 | 90.53 |
| FED INC TAX | 122.29 | 643.18 |
| **TOTAL TAXES** | **214.58** | **1120.82** |

AFTER-TAX DEDUCTIONS
| | | |
|---|---|---|
| LINCOLN-STD | 11.48 | 57.40 |
| LINC-EE LIFE | 2.91 | 14.55 |

### SPECIAL INFORMATION

PTO BAL    70.27

CURRENT NET PAY DISTRIBUTION
C XXXX2733    977.43
CHECK AMOUNT    .00

| | GROSS | DEFERRED COMP | TAXABLE WAGES | LESS TAXES | TOTAL PER DED | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|---|
| TOTAL | 161.09 | 1206.40 | 932.23 | 6243.64 | 14.39 | | 71.95 |
| CURRENT | 1206.40 | .00 | 1206.40 | 214.58 | | 14.39 | 977.43 |
| Y-T-D | 6243.64 | .00 | 6243.64 | 1120.82 | | 71.95 | 5050.87 |

TOTAL CURRENT NET PAY    977.43

Statement Of Earnings        Detach at perforation below and keep for your records.        A Payroll Service By Ceridian

---



FLORIDA BLOOD SERVICES, INC.
10100 DR. MLK JR STREET NORTH
ST. PETERSBURG, FL 33716

DATE: 06-12-09    CHECK NO: A003037

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

TARA RENEE SKIVER
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

NOT NEGOTIABLE

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK



**FLORIDA BLOOD SERVICES, INC.**
10100 DR. MLK JR STREET NORTH
ST. PETERSBURG, FL  33716

| | |
|---|---|
| CHECK NO: | A003255 |
| CHECK DATE: | 06/26/09 |
| PERIOD ENDING: | 06/20/09 |
| PAY FREQUENCY: | BIWEEKLY |

TARA RENEE SKIVER
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

ID NUMBER: 1606800312
BASE RATE: 14.0000
SSN: XXX-XX-0692

STATUS  FED: SINGLE  ST1:  ST2:
EXEMPT  FED: 01  ST1: 01

TAX ADJUSTMENTS
FED: $         ST: 10.00
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: FL   LOC1:   LOC3:
SEC:       LOC2:   LOC4:
                   LOC5:

### IMPORTANT MESSAGE
"IN SUMMER, THE SONG SINGS ITSELF." -- WILLIAM CARLOS WILLIAMS

PP # 13 - 2009

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| BASE RATE REG | 77.03 | 1078.42 | 399.91 | 5598.74 |
| SHIFT 2 | 2.33 | 37.84 | 18.41 | 298.99 |
| PTO | .64 | 8.96 | 52.08 | 729.12 |
| WEEKEND | 23.53 | 65.88 | 108.66 | 304.24 |
| MOBILE | 73.53 | 73.53 | 364.01 | 364.01 |
| OVERTIME | | | 5.87 | 48.17 |
| DRIVER | | | 160.35 | 320.70 |
| **TOTAL H/E** | **177.06** | **1264.63** | **1109.29** | **7663.97** |

**PRE-TAX ITEMS**

| | | |
|---|---|---|
| AMER-DENTAL | 2.00- | 12.00- |
| AMER-VISION | 4.14- | 24.84- |
| CAPHEALTH-HMO | 25.00- | 150.00- |
| **TOTAL PRE-TAX** | **31.14-** | **186.84-** |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 76.47 | 463.58 |
| MEDICARE TAX | 17.89 | 108.42 |
| FED INC TAX | 126.35 | 769.53 |
| **TOTAL TAXES** | **220.71** | **1341.53** |

**AFTER-TAX DEDUCTIONS**

| | | |
|---|---|---|
| LINCOLN-STD | 11.48 | 68.88 |
| LINC-EE LIFE | 2.91 | 17.46 |

### SPECIAL INFORMATION

| | |
|---|---|
| PTO BAL | 77.63 |

**CURRENT NET PAY DISTRIBUTION**

| | |
|---|---|
| C XXXX2733 | 998.39 |
| CHECK AMOUNT | .00 |

| | GROSS | DEFERRED COMP | TAXABLE WAGES | LESS TAXES | TOTAL PER DED / LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1233.49 | .00 | 1233.49 | 220.71 | 14.39 | 998.39 |
| Y-T-D | 7477.13 | .00 | 7477.13 | 1341.53 | 86.34 | 6049.26 |

TOTAL: 177.06  1233.49  1109.29  7477.13  TOTAL PER DED 14.39  86.34

**TOTAL CURRENT NET PAY   998.39**

Statement Of Earnings       Detach at perforation below and keep for your records.       A Payroll Service By Ceridian

---



**FLORIDA BLOOD SERVICES, INC.**
10100 DR. MLK JR STREET NORTH
ST. PETERSBURG, FL  33716

DATE: 06-26-09        CHECK NO: A003255

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

TARA RENEE SKIVER
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

**NOT NEGOTIABLE**

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK



| | FLORIDA BLOOD SERVICES, INC. | CHECK NO: | A003469 |
|---|---|---|---|
| | 10100 DR. MLK JR STREET NORTH | CHECK DATE: | 07/10/09 |
| | ST. PETERSBURG, FL 33716 | PERIOD ENDING: | 07/04/09 |
| | | PAY FREQUENCY: | BIWEEKLY |

TARA RENEE SKIVER
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

ID NUMBER: 1606800312   FED: SINGLE  01
BASE RATE: 14.0000   ST1:            01
SSN: XXX-XX-0692   ST2:

STATUS  EXEMPT   TAX ADJUSTMENTS
FED: $        ST: 10.00
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: FL   LOC1:   LOC3:
SEC:      LOC2:   LOC4:
                  LOC5:

**IMPORTANT MESSAGE**
ANYONE WHO HAS NEVER MADE A MISTAKE HAS NEVER TRIED ANYTHING NEW.   ---------   ALBERT EINSTEIN

PP # 14 - 2009

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| BASE RATE REG | 83.48 | 1168.72 | 483.39 | 6767.46 |
| SHIFT 2 | 5.89 | 95.66 | 24.30 | 394.65 |
| OVERTIME | 9.37 | 85.19 | 15.24 | 133.36 |
| WEEKEND | 15.83 | 44.32 | 124.49 | 348.56 |
| DRIVER | 4.03 | 8.06 | 164.38 | 328.76 |
| MOBILE | 74.20 | 74.20 | 438.21 | 438.21 |
| NON-OP | 11.68 | 81.76 | 11.68 | 81.76 |
| PTO | | | 52.08 | 729.12 |
| TOTAL H/E | 204.48 | 1557.91 | 1313.77 | 9221.88 |

#### PRE-TAX ITEMS
| AMER-DENTAL | | 2.00- | | 14.00- |
| AMER-VISION | | 4.14- | | 28.98- |
| CAPHEALTH-HMO | | 25.00- | | 175.00- |
| TOTAL PRE-TAX | | 31.14- | | 217.98- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 94.66 | 558.24 |
| MEDICARE TAX | 22.14 | 130.56 |
| FED INC TAX | 170.34 | 939.87 |
| TOTAL TAXES | 287.14 | 1628.67 |

#### AFTER-TAX DEDUCTIONS
| LINCOLN-STD | 11.48 | 80.36 |
| LINC-EE LIFE | 2.91 | 20.37 |

### SPECIAL INFORMATION
PTO BAL     85.63

### CURRENT NET PAY DISTRIBUTION
C XXXX2733     1225.24
CHECK AMOUNT      .00

| | GROSS | DEFERRED COMP | TAXABLE WAGES | LESS TAXES | TOTAL PER DED LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 204.48 | 1526.77 | 1313.77 | 9003.90 | 14.39 100.73 | |
| CURRENT | 1526.77 | .00 | 1526.77 | 287.14 | 14.39 | 1225.24 |
| Y-T-D | 9003.90 | .00 | 9003.90 | 1628.67 | 100.73 | 7274.50 |

TOTAL CURRENT NET PAY     1225.24

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian

---



FLORIDA BLOOD SERVICES, INC.
10100 DR. MLK JR STREET NORTH
ST. PETERSBURG, FL  33716

M62

DATE: 07-10-09        CHECK NO: A003469

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

TARA RENEE SKIVER                                            NOT NEGOTIABLE
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK



**FLORIDA BLOOD SERVICES, INC.**
10100 DR. MLK JR STREET NORTH
ST. PETERSBURG, FL 33716

CHECK NO: A003688
CHECK DATE: 07/24/09
PERIOD ENDING: 07/18/09
PAY FREQUENCY: BIWEEKLY

TARA RENEE SKIVER
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

ID NUMBER: 1606800312
BASE RATE: 14.0000
SSN: XXX-XX-0692

STATUS FED: SINGLE    ST1:    ST2:
EXEMPT: 01 / 01
TAX ADJUSTMENTS — FED: $    ST: 10.00    DI/UC:    LOCAL:
STATE AND LOCAL CODES — PRI: FL   SEC:   LOC1:   LOC2:   LOC3:   LOC4:   LOC5:

### IMPORTANT MESSAGE

"THE ONLY BAD THING ABOUT WINNING THE PENNANT IS THAT YOU HAVE TO MANAGE THE ALL-STAR GAME THE NEXT YEAR. I'D RATHER GO FISHING FOR THREE DAYS." ------ WHITEY HERZOG

PP # 15 - 2009

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| BASE RATE REG | 70.06 | 980.84 | 553.45 | 7748.30 |
| SHIFT 2 | 5.47 | 88.83 | 29.77 | 483.48 |
| PTO | 5.45 | 76.30 | 57.53 | 805.42 |
| OVERTIME | .98 | 8.09 | 16.22 | 141.45 |
| WEEKEND | 21.93 | 61.40 | 146.42 | 409.96 |
| DRIVER | 45.80 | 91.60 | 210.18 | 420.36 |
| MOBILE | 73.12 | 73.12 | 511.33 | 511.33 |
| NON-OP | | | 11.68 | 81.76 |
| **TOTAL H/E** | **222.81** | **1380.18** | **1536.58** | **10602.06** |

**PRE-TAX ITEMS**

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| AMER-DENTAL | 2.00- | 16.00- |
| AMER-VISION | 4.14- | 33.12- |
| CAPHEALTH-HMO | 25.00- | 200.00- |
| **TOTAL PRE-TAX** | **31.14-** | **249.12-** |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 83.64 | 641.88 |
| MEDICARE TAX | 19.56 | 150.12 |
| FED INC TAX | 143.68 | 1083.55 |
| **TOTAL TAXES** | **246.88** | **1875.55** |

**AFTER-TAX DEDUCTIONS**

| | CURRENT | Y-T-D |
|---|---|---|
| LINCOLN-STD | 11.48 | 91.84 |
| LINC-EE LIFE | 2.91 | 23.28 |

### SPECIAL INFORMATION

PTO BAL    88.18

**CURRENT NET PAY DISTRIBUTION**

C XXXX2733    1087.77
CHECK AMOUNT    .00

### TOTAL

| | GROSS | DEFERRED COMP | TAXABLE WAGES | LESS TAXES | LESS DED | EQ NET PAY |
|---|---|---|---|---|---|---|
| | 222.81 | 1349.04 | 1536.58 | 10352.94 | TOTAL PER DED 14.39 | 115.12 |
| CURRENT | 1349.04 | .00 | 1349.04 | 246.88 | 14.39 | 1087.77 |
| Y-T-D | 10352.94 | .00 | 10352.94 | 1875.55 | 115.12 | 8362.27 |

**TOTAL CURRENT NET PAY    1087.77**

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

---



**FLORIDA BLOOD SERVICES, INC.**
10100 DR. MLK JR STREET NORTH
ST. PETERSBURG, FL 33716

DATE: 07-24-09    CHECK NO: A003688

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

TARA RENEE SKIVER
1512 WOODGATE WAY
TALLAHASSEE, FL 32308

**NOT NEGOTIABLE**

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK